

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THOMAS K. SMALL, et al.,                                   03 Civ. 1872 (AR) (VP)

        Plaintiffs,

- against -                                                **STIPULATION OF DISMISSAL**

GENERAL NUTRITION COMPANIES, INC.,

        Defendant.

---

    Plaintiffs and Defendant, by and through their respective attorneys, hereby agree to dismiss the instant action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each side agrees to bear its own costs and attorneys' fees, and waives any right to appeal.

Dated: August 26, 2005

| HOLLAND & KNIGHT LLP | LAW OFFICE OF MARTIN J. COLEMAN |
|---|---|
| By: _____ | By: _____ |
| James V. Marks (JM 6257) | Martin J. Coleman (MC 7948) |
| 195 Broadway | 48 South Service Road, Suite 100 |
| New York, New York 10007 | Melville, New York 11747 |
| (212) 513-3200 | (631) 465-2101 |
| Attorneys for Defendant | Attorneys for Plaintiffs |

SO ORDERED:

_____
        U.S.D.J.

# 3179395_v1